In the matter of the appeal from a decree of the prerogative court admitting to probate a certain paper-writing as the last will and testament of SOPHIE WILSON, deceased.

[Decided February 1st, 1932.]

*Mr. Arthur C. Dunn,* for the appellant.

*Mr. William B. Gourley,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Lewis, and reported in *107 N. J. Eq. 604.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CAMPBELL, LLOYD, BODINE, DONGES, HETFIELD, DEAR, KERNEY, JJ. 9.

*For reversal*—PARKER, CASE, DALY, VAN BUSKIRK, KAYS, WELLS, JJ. 6.